FRANK ADAM ELECTRIC COMPANY, a Corporation, Appellant, v. WESTING-HOUSE ELECTRIC & MANUFACTUR-ING COMPANY, a Corporation.

No. 12020.

Circuit Court of Appeals, Eighth Circuit.

May 26, 1941.

Eilers, Schaumberg & Fischer and Edward E. Rudolph, all of St. Louis, Mo., for appellant.

Carr, Carr & Gravely, of St. Louis, Mo., Carl S. Lloyd, of Chicago, Ill., and Victor S. Beam, of New York City, for appellee.

PER CURIAM.

Motion of appellee to dismiss appeal sustained, and appeal from District Court dismissed, with costs.

Frederick C. HAVEMEYER, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.

No. 271.

Circuit Court of Appeals, Second Circuit.

July 7, 1941.

Aaron E. Koota, of New York City, for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and L. W. Post, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, SWAN and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Helvering v. Leonard, 310 U.S. 80, 60 S.Ct. 780, 84 L.Ed. 1087.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. S. E. & M. E. BERNHEIMER CO., Respondent.

No. 240.

Circuit Court of Appeals, Second Circuit.

July 7, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and William L. Cary, Sp. Assts. to Atty. Gen., for petitioner.

Wilbur H. Friedman and Proskauer, Rose & Paskus, all of New York City (Alfred Appel and Albert L. Solodar, both of New York City, of counsel), for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order, 41 B.T.A. 249, affirmed on the authority of United States v. Anderson, 269 U.S. 422, 441, 46 S.Ct. 131, 70 L.Ed. 347, and Carondelet Bldg. Co., Inc. v. Fontenot, 5 Cir., 111 F.2d 267.